**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ROY M. BRISBOIS, SB# 53222
brisbois@lbbslaw.com
JON P. KARDASSAKIS, SB# 90602
kardassakis@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant,
BMW OF NORTH AMERICA, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MORRIS, and GLENN R. SEMOW, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>Defendants. | CASE NO. C 07-02827 WHA<br>[Judge William H. Alsup)<br><br>DEFENDANT BMW OF NORTH AMERICA, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT [F.R.C.P. 12(b)(6) and(9)(b)]<br><br>Date:  August 23, 2007<br>Time:  8:00 a.m.<br>Judge:  William H. Alsup<br><br>Action Filed:  May 31, 2007 |

TO PLAINTIFFS AND TO THEIR ATTORNEYS OF RECORD:

NOTICE is hereby given that on August 23, 2007 at 8:00 a.m., or as soon thereafter as the matter may be heard, defendant BMW of North America, LLC ("BMWNA"), will and does hereby, move the Court, pursuant to Rule 12(b)(6) and Rule 9(b) of the Federal Rules of Civil Procedure, for an order dismissing with prejudice plaintiffs' Complaint in its entirety.

This Motion to Dismiss is made on the grounds that plaintiffs' Complaint fails

to state a claim upon which relief can be granted. Plaintiffs are unable to plead a claim under California's Unfair Competition Law ("UCL"), California Business & Professions Code, § 17200, *et seq.*, because neither plaintiff suffered injury and lost money as a result of the alleged unfair competition. Neither plaintiff alleges they suffered injury in fact and lost money as a result of an alleged unlawful business practice. Plaintiffs do not allege facts sufficient to state a claim based on an unfair business practice. Plaintiffs do not allege facts sufficient to state a claim for a fraudulent business practice. Plaintiffs' Complaint fails to meet Rule 9(b) standards for pleading a claim based on fraud. Plaintiffs' Complaint fails to plead a claim for violation of California Consumer Legal Remedies Act ("CLRA") by allegedly inserting an unconscionable provision in a contract since plaintiffs do not allege they were involved in any transaction with BMWNA and do not allege they were parties to any contract with BMWNA. Plaintiffs fail to allege facts to support a claim for breach of implied warranty of merchantability as plaintiffs' Complaint effectively admits that their vehicles provided safe, reliable transportation.

This motion is based on the files, records and proceedings, this Notice of Motion, the Memorandum of Points and Authorities submitted concurrently, and the argument of counsel.

DATED: July 17, 2007

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Roy M. Brisbois
Jon P. Kardassakis
Attorneys for Defendant,
BMW OF NORTH AMERICA, LLC