**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ROY M. BRISBOIS, SB# 53222
brisbois@lbbslaw.com
JON P. KARDASSAKIS, SB# 90602
kardassakis@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant,
BMW OF NORTH AMERICA, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MORRIS, and GLENN R. SEMOW, On Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> BMW OF NORTH AMERICA, LLC, <br><br> Defendants. | CASE NO. C 07-02827 WHA [Judge William H. Alsup] <br><br> [PROPOSED] ORDER RE: DEFENDANT BMW OF NORTH AMERICA, LLC'S MOTION TO DISMISS <br><br> Date: August 23, 2007 <br> Time: 8:00 a.m. <br> Judge: William H. Alsup <br><br> Action Filed: May 31, 2007 <br> Trial Date: None |

## ORDER

Defendant BMW of North America, LLC's ("BMWNA") Motion to Dismiss came on regularly for hearing on August 23, 2007, in the above-entitled court.

The matter having been argued and submitted, and good cause appearing, it is hereby ordered:

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012
TELEPHONE 213.250.1800

1   BMWNA's Motion to Dismiss is granted with prejudice.

2   IT IS SO ORDERED.

3

4   DATED:_____

5

6

7   _____

8   THE HONORABLE WILLIAM H. ALSUP

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012
TELEPHONE 213.250.1800