**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ROY M. BRISBOIS, SB# 53222
brisbois@lbbslaw.com
JON P. KARDASSAKIS, SB# 90602
kardassakis@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant,
BMW OF NORTH AMERICA, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MORRIS, and GLENN R. SEMOW, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>Defendants. | CASE NO. C 07-02827 WHA<br><br>PROOF OF SERVICE |

4827-7931-5457.1

C 07-02827 WHA

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012.

On July 18, 2007, I served the following document(s) described as

**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT; [PROPOSED] ORDER RE: MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

on all interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒    (BY MAIL, 1013a, 2015.5 C.C.P.)

☐    I deposited such envelope in the mail at Los Angeles, California. the envelope was mailed with postage thereon fully prepaid.

☒    I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 18, 2007, at Los Angeles, California.

_Catherine M. Guerrero_
CATHERINE M. GUERRERO

4843-8330-9313.1                                                                C 07-02827 WHA

# SERVICE LIST

**Morris, et al. v. BMW of North America, LLC**
USDC Case NO. c 07-02827 WHA

Mark F. Anderson, Esq.
KEMNITZER, ANDERSON, BARRON & OGILVIE, LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
415/861-2265
FAX: 415/861-3151
**Attorneys for Plaintiffs**

James E. Miller, Esq.
Karen M. Leser, Esq.
SHEPHER, FINKELMAN, MILLER & SHAH, LLC
65 Main Street
Chester, CT 06412
860-526-1100
FAX: 860-526-1120
**Attorneys for Plaintiffs**

James C. Shah, Esq.
Nathan C. Zipperian
SHEPHER, FINKELMAN, MILLER & SHAH, LLC
35 East State Street
Media, PA 19063
610/891-9880
610/891-9883
**Attorneys for Plaintiffs**

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012
TELEPHONE 213.250.1800