IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MORRIS, | No. C 07-02827 WHA |
| Plaintiff, | **NOTICE** |
| v. | |
| BMW OF NORTH AMERICA, | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT defendant's motion to dismiss has been continued to Friday, August 30, 2007, at 8:00 a.m.

Dated: July 24, 2007

RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk