Mark F. Anderson (SBN 44787)
Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Telephone: 415.861.2265
Fax: 415.861.3151
Email: mark@kabolaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MORRIS and GLENN R. SEMOW, on behalf of Themselves and All Others, Simalarly Situated,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>BMW OF NORTH AMERICA, LLC<br><br>　　　　　　　Defendants.<br>_____ | ) CASE NO. CV 07-2827 WHA<br>) Hon. William H. Alsup<br>)<br>)<br>) **STIPULATION GRANTING**<br>) **LEAVE TO FILE FIRST**<br>) **AMENDED COMPLAINT &**<br>) **TAKING DEFENDANT'S**<br>) **PENDING MOTION TO DISMISS**<br>) **OFF-CALENDAR**<br>)<br>Action Filed: May 31, 2007 |

　　　IT IS HEREBY STIPULATED by and between Plaintiffs KEVIN MORRIS and GLENN R. SEMOW, ("Plaintiffs"), through their counsel of record and Defendant BMW OF NORTH AMERICA, LLC ("BMW") through its counsel of record, as follows:

/ / /

/ / /

/ / /

/ / /

1 | Whereas, defendant BMW has pending a motion to dismiss the complaint
2 | pursuant to F.R.Civ Proc 12(b)(6), the hearing on which is presently set for hearing
3 | on August 30, 2007;
4 | Whereas, plaintiffs wish to have leave to file their First Amended Complaint;
5 | Wherefore, IT IS HEREBY STIPULATED that the pending motion to
6 | dismiss may be taken off-calendar without prejudice; that plaintiffs may have leave
7 | to file their First Amended Complaint provided they do so by August 31, 2007; and
8 | that defendant BMW shall have 20 days to answer or otherwise plead in response to
9 | the First Amended Complaint.

DATED: August 8, 2007    LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/Jon P. Kardassakis
Roy M. Brisbois
Jon P. Kardassakis
Attorneys for Defendant
BMW OF NORTH AMERICA, LLC

DATED: August 8, 2007    KEMNITZER, ANDERSON, BARRON, OGILVIE, & BREWER LLP

By /s/ Mark F Anderson
Mark F. Anderson
Attorneys for Plaintiffs
KEVIN MORRIS and
GLENN R. SEMOW