1  Mark F. Anderson (SBN 44787)
2  Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
   445 Bush Street, 6th Floor
3  San Francisco, CA 94108
   Telephone: 415.861.2265
4  Fax: 415.861.3151
5  Email: mark@kabolaw.com

6  Attorneys for Plaintiffs
7

8                    UNITED STATES DISTRICT COURT
9
10                   NORTHERN DISTRICT OF CALIFORNIA
11

12 | KEVIN MORRIS and GLENN R. | ) CASE NO. CV 07-2827 WHA
   | SEMOW, on behalf of Themselves and | ) Hon. William H. Alsup
13 | All Others, Simalarly Situated, | )
   |                    | )
14 |      Plaintiffs,   | )
   | v.                 | ) **ORDER GRANTING LEAVE TO**
15 |                    | ) **FILE FIRST AMENDED**
   | BMW OF NORTH AMERICA, LLC | ) **COMPLAINT & TAKING**
16 |                    | ) **DEFENDANT'S PENDING**
   |      Defendants.   | ) **MOTION TO DISMISS OFF-**
17 | _____ | ) **CALENDAR**

18                                Action Filed: May 31, 2007
19
20                          **ORDER**

21    Based upon the stipulation of the parties and for good cause shown, IT IS
22
   HEREBY ORDERED that defendant BMW's pending motion to dismiss shall be
23
24 taken off-calendar without prejudice; that plaintiffs may have until August 31, 2007,

25 to file their First Amended Complaint; and that defendant BMW will have 20 days to
26
   answer or otherwise plead in response to the First Amended Complaint.
27
28    The hearing on the motion to dismiss set for August 30, 2007, shall be taken

---
1
Order Granting Pls Lv to File FAc

1 off-calendar.

2 Dated: August __, 2007.

3

4                                         _____
                                          United States District Court Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28