Mark F. Anderson (SBN 44787)
Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Telephone: 415.861.2265
Fax: 415.861.3151
Email: mark@kabolaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MORRIS and GLENN R. SEMOW, on behalf of Themselves and All Others, Simalarly Situated,<br><br>           Plaintiffs,<br>    v.<br>BMW OF NORTH AMERICA, LLC<br><br>           Defendants.<br>_____ | CASE NO. CV 07-2827 WHA<br>Hon. William H. Alsup<br><br>**ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT & TAKING DEFENDANT'S PENDING MOTION TO DISMISS OFF-CALENDAR**<br><br>Action Filed: May 31, 2007 |

## **ORDER**

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that defendant BMW's pending motion to dismiss shall be taken off-calendar without prejudice; that plaintiffs may have until August 31, 2007, to file their First Amended Complaint; and that defendant BMW will have 20 days to answer or otherwise plead in response to the First Amended Complaint.

The hearing on the motion to dismiss set for August 30, 2007, shall be taken

1  off-calendar.

2  Dated: August 13, 2007.



      _____
       United States District Court Judge