# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kevin Morris and Glenn R Semow, on behalf of themselves and all others similarly situated,<br><br>                                    Plaintiff,<br><br>                    v.<br><br>BMW of North America, LLC and Bridgestone Firestone North American, LLC<br><br>                                    Defendant. | **CASE NO. CV** 07 02827 WHA<br><br>**STIPULATION AND ORDER SELECTING ADR PROCESS** |

## I.    ADR PROCESS

The parties hereby stipulate to participate in the ADR process checked below *(select one court-connected or private process)*.

### Court-connected ADR processes:

[ ]    Arbitration

    [ ]    Non-binding

    [ ]    Binding

[ ]    Early Neutral Evaluation (ENE)

[ ]    Early Settlement Conference with a Magistrate Judge

[x]    Mediation

### Private ADR process:

[x]    Type of Process:  private mediation

    Name, address and phone number of private provider:

    JAMS
    2 Embarcadero
    San Francisco, CA

STIPULATION AND ORDER SELECTING ADR PROCESS

NDC-ADR5

## II. TIMING FOR ADR PROCESS

[x]    **Cases in ENE or Mediation (or similar private process):**

The parties shall conduct the ADR session by ___see note below___ *(no later than 90 days after the date set for the first Case Management Conference unless otherwise ordered under General Order 36, § VII.D.)*

[ ]    **Cases in Arbitration (court-connected or private):**

The parties shall conduct the Arbitration by _____ *(no later than 135 days after the date set for the first Case Management Conference unless otherwise ordered -- the clerk will send the parties a list of arbitrators for ranking within 10 days after the Case Management Conference.)*

## III. OTHER STIPULATIONS *(e.g. regarding additional disclosures and/or discovery before the ADR session, issues to be addressed in ADR session, etc.)*

The parties propose that mediation be conducted after the parties have completed briefing on the class certification motion. The parties estimate this would put the date for mediation in mid-June 2008. However, the parties agree to confer about an earlier date once each side believes sufficient discovery has been completed to allow for a meaningful mediation.

Dated: August 16, 2007                    Dated:  August 16, 2007

/S/ Mark F. Anderson                      /S/ Jon Kardassakis

Plaintiff                                 Defendant
Mark F. Anderson, Atty for Pls            Jon P. Kardassakis, Atty for BMW

IT IS SO ORDERED.

Dated:                        _____
                              United States District Judge