Mark F. Anderson (SBN 44787)
Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Telephone: 415.861.2265
Fax: 415.861.3151
Email: mark@kabolaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MORRIS and GLENN R. SEMOW on behalf of themselves and all others simularly situated,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>BMW OF NORTH AMERICA, LLC<br><br>　　　　　　Defendants.<br>_____ | ) CASE NO. CV 07-2827 WHA<br>) Hon. William H. Alsup<br>)<br>) CERTIFICATION OF NOTICE OF<br>) INTERESTED PARTIES<br>)<br>)<br>)<br>)<br>) |

　　　　Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named plaintiffs, there is no such interest to report.

DATED:   August 16, 2007　　　　KEMNITZER, ANDERSON, BARRON,
　　　　　　　　　　　　　　　　　　OGILVIE, & BREWER LLP


　　　　　　　　　　　　　　　　By /s/ Mark F Anderson
　　　　　　　　　　　　　　　　　Mark F. Anderson
　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　KEVIN MORRIS and
　　　　　　　　　　　　　　　　　GLENN R. SEMOW