**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

KEVIN MORRIS and GLENN R.
SEMOW, On Behalf
of Themselves and All Others
Similarly Situated,

                  Plaintiffs,

             vs.

BMW OF NORTH AMERICA, LLC,

                 Defendant.

CIVIL ACTION NO.

C 07-2827 WHA

CLASS ACTION

JURY TRIAL DEMANDED

## DECLARATION OF KEVIN MORRIS

I, Kevin Morris, declare under penalty of perjury as follows:

1.     I make this declaration based upon my personal knowledge except as to those matters stated herein that are based upon information or belief, which I believe to be true.

2.     I am an adult citizen of the State of California. I reside in Ross, California and I am a named Plaintiff in this litigation.

3.     I purchased a new 2006 BMW 330i equipped with Bridgestone Turanza EL42 RFT run-flat tires on or about August 4, 2005 from Courtesy Motors in Chico, California.

4.     To the best of my knowledge, information and belief, Defendant, BMW of North America, LLC, is a Delaware corporation that does business throughout this judicial district, including the county in which this Court sits.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 30 day of May, 2007 at Ross, California.

_____
Kevin Morris

**Exhibit A
Morris v BMW FAC**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN MORRIS and GLENN R. SEMOW, On Behalf of Themselves and All Others Similarly Situated, | CIVIL ACTION NO. |
| | C 07-2827-WHA |
| Plaintiffs, | CLASS ACTION |
| vs. | |
| BMW OF NORTH AMERICA, LLC, | |
| Defendant. | JURY TRIAL DEMANDED |

**DECLARATION OF GLENN R. SEMOW**

I, Glenn R. Semow, declare under penalty of perjury as follows:

1.    I make this declaration based upon my personal knowledge except as to those matters stated herein that are based upon information or belief, which I believe to be true.

2.    I am an adult citizen of the State of California. I reside in Oakland, California and I am a named Plaintiff in this litigation.

3.    I purchased a new 2006 BMW 330i equipped with Bridgestone Potenza RE050 run-flat tires on or about September 25, 2006 from Weatherford BMW in Emeryville, California.

4.    To the best of my knowledge, information and belief, Defendant, BMW of North America, LLC, is a Delaware corporation that does business throughout this judicial district, including the county in which this Court sits.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 30th day of May, 2007 at Oakland, California.

_____
Glenn R. Semow

Mark F. Anderson (SBN 44787)
Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Telephone: 415.861.2265
Fax: 415.861.3151
Email: mark@kabolaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MORRIS, GLENN R. SEMOW and CHAD J. COOK on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BMW OF NORTH AMERICA, LLC <br><br> Defendants. | CASE NO. CV 07-2827 WHA <br><br> DECLARATION OF CHAD J. COOK |

I, Chad J. Cook, declare under penalty of perjury as follows:

1. I am an adult citizen of the State of California. I reside in Oceanside, California, and am a named plaintiff in this litigation.

2. I leased a new 2006 BMW 330i equipped with Bridgestone Turanza EL-42 run flat tires on December 21, 2005, from Brecht BMW, Oceanside, California.

3. To the best of my knowledge, information and belief, defendant BMW of North America, LLC, is a Delaware corporation that does business throughout this judicial district including the county in which this Court sits.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: August 28, 2007.

_____

Chad J. Cook