KEMNITZER, ANDERSON, BARRON, OGILVIE & BREWER, LLP
Mark F. Anderson (SBN 44787)
445 Bush Street, 6th Floor
San Francisco, CA 94108
Telephone: (415) 861-2265
Facsimile: (415) 861-3151

(Additional counsel appear on signature page)

**Attorneys for Plaintiffs**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN MORRIS, GLENN R. SEMOW and CHAD J. COOK, On Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>　　　　　　Defendant. | CIVIL ACTION NO. C-07-2827 WHA<br><br><u>CLASS ACTION</u><br><br><u>JURY TRIAL DEMANDED</u><br><br>**PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

　　　Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named Plaintiffs, Plaintiffs are unaware of any such interest to report.

　　　　　　　　　　　　　　　　　　　　　　KEMNITZER, ANDERSON, BARRON,
　　　　　　　　　　　　　　　　　　　　　　OGILVIE & BREWER, LLP

Dated: September 4, 2007　　　By: /s/　Mark F. Anderson
　　　　　　　　　　　　　　　　　　　　　　Mark F. Anderson (SBN 44787)
　　　　　　　　　　　　　　　　　　　　　　445 Bush Street, 6th Floor
　　　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94108
　　　　　　　　　　　　　　　　　　　　　　Telephone: (415) 861-2265
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (415) 861-3151

Of Counsel:

James E. Miller
Karen M. Leser (SBN 231189)
SHEPHERD, FINKELMAN, MILLER
　& SHAH, LLC
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (860) 526-1120

1
2  James C. Shah
   Nathan C. Zipperian
3  SHEPHERD, FINKELMAN, MILLER
      & SHAH, LLC
4  35 East State Street
   Media, PA 19063
5  Telephone: (610) 891-9880
   Facsimile: (610) 891-9883
6  **Attorneys for Plaintiffs**
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28