E-Filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MORRIS, GLENN R. SEMOW and CHAD J. COOK, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC<br><br>Defendant. | CIVIL ACTION NO. 3:07-cv-02827 WHA<br><br>CLASS ACTION<br><br>~~(PROPOSED)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY NATHAN ZIPPERIAN *PRO HAC VICE* |

Nathan Zipperian, an active member in good standing of the bars of Pennsylvania, New Jersey, Oregon and Arizona, and admitted to practice in the United States District Court for the District of Arizona, whose business address and telephone number is: Shepherd Finkelman Miller & Shah, LLC, 35 East State Street, Media, Pennsylvania 19063, (610) 891-9880, having applied for admission to practice in the Northern District of California on a *pro hac vice* basis, as counsel for Kevin Morris, Glenn R. Semow and Chad J. Cook in the above entitled Action;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 9/17/07

Hon. William H. Alsup