LEWIS BRISBOIS BISGAARD & SMITH LLP
ROY M. BRISBOIS, SB# 53222
   E-Mail: brisbois@lbbslaw.com
JON P. KARDASSAKIS, SB# 90602
   E-Mail: kardassakis@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Defendant
BMW OF NORTH AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MORRIS and GLENN R. SEMOW, on behalf of Themselves and All Others, Simalarly Situated,<br><br>    Plaintiffs,<br>v.<br>BMW OF NORTH AMERICA, LLC<br><br>    Defendants. | CASE NO. CV 07-2827 WHA<br>Hon. William H. Alsup<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT BMW OF NORTH AMERICA, LLC TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Action Filed: May 31, 2007 |

IT IS HEREBY STIPULATED by and between Plaintiffs KEVIN MORRIS, GLENN R. SEMOW and CHAD J. COOK, ("Plaintiffs"), through their counsel of record and Defendant BMW OF NORTH AMERICA, LLC ("BMW") through its counsel of record, as follows:

/ / /

/ / /

/ / /

1  Defendant BMW shall have an extension of five days to answer or otherwise
2  respond to Plaintiffs' First Amended Complaint, up to and including, September 25,
3  2007.

4

5  DATED: September 19, 2007        LEWIS BRISBOIS BISGAARD & SMITH LLP
6
7
8                                  By /s/ Jon Kardassakis
9                                     Roy M. Brisbois
                                      Jon P. Kardassakis
10                                    Attorneys for Defendant
11                                    BMW OF NORTH AMERICA, LLC
12
13
14 DATED: September 19, 2007        KEMNITZER, ANDERSON, BARRON & OGILVIE, LLP
15
16
17                                  Mark Anderson, signed by Jon Kardassaki
18                                  By with permission from Mark Anderson
                                      Mark F. Anderson
19                                    Attorneys for Plaintiffs
20                                    KEVIN MORRIS, GLENN R. SEMOW
                                      and CHAD J. COOK

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012.

On September 20, 2007, I served the following document(s) described as

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT BMW OF NORTH AMERICA, LLC TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

on all interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒  (BY MAIL, 1013a, 2015.5 C.C.P.)

☐  I deposited such envelope in the mail at Los Angeles, California. the envelope was mailed with postage thereon fully prepaid.

☒  I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 20, 2007, at Los Angeles, California.

*Catherine M. Guerrero*
CATHERINE M. GUERRERO

4843-8330-9313.1

C 07-02827 WHA

# SERVICE LIST

**Morris, et al. v. BMW of North America, LLC**
USDC Case NO. c 07-02827 WHA

Mark F. Anderson, Esq.
KEMNITZER, ANDERSON, BARRON & OGILVIE, LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
415/861-2265
FAX: 415/861-3151
**Attorneys for Plaintiffs**

James E. Miller, Esq.
Karen M. Leser, Esq.
SHEPHER, FINKELMAN, MILLER & SHAH, LLC
65 Main Street
Chester, CT 06412
860-526-1100
FAX: 860-526-1120
**Attorneys for Plaintiffs**

James C. Shah, Esq.
Nathan C. Zipperian
SHEPHER, FINKELMAN, MILLER & SHAH, LLC
35 East State Street
Media, PA 19063
610/891-9880
610/891-9883
**Attorneys for Plaintiffs**

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012
TELEPHONE 213.250.1800