**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: September 20, 2007

Case No.   C 07-02827 WHA

Title: KEVIN MORRIS v. BMW OF N. AMERICA

Plaintiff Attorneys: Nathan Zipperian; Mark Anderson

Defense Attorneys: Roy Brisbois

Deputy Clerk:  Dawn Toland

Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)   CMC - HELD

2)

Complete Initial Disclosures (Rule 26): 10/5/07

Discovery Cutoff: 5/30/08

Designation of Experts: 5/30/08

Last Day to File Dispositive Motion: 6/26/08

Last Day to File Motion for Class Certification: 1/31/08

Continued to _ for Further Case Management Conference

Continued to  **9/29/08 at 2:00pm** for Pretrial Conference

Continued to  **10/6/08 at 7:30am** for Jury Trial

**ORDERED AFTER HEARING:**

Case is referred to Magistrate Judge Spero for settlement conference/mediation.