# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

CASE NO.: <u>C-07-02827 WHA (JCS)</u>　　　　　　　　　　　　TIME: <u>15 mins.</u>

CASE NAME: <u>*Kevin Morris, et al. v. BMW of North America, LLC*</u>

MAGISTRATE JUDGE JOSEPH C. SPERO　　　CLERK: Mary Macudzinski-Gomez

DATE: <u>September 28, 2007</u>　　　　　　　　　COURT REPORTER: <u>not reported</u>

<u>COUNSEL FOR PLAINTIFF(S):</u>　　　　　　　　<u>COUNSEL FOR DEFENDANT(S):</u>

Mark Anderson　　　　　　　　　　　　　　　　Jon P. Kardassakis
James C. Shah

---

### **PROCEEDINGS**

☐　SETTLEMENT CONFERENCE　　　　　☐　FURTHER SETTLEMENT CONFERENCE

☐　DISCOVERY CONFERENCE

☐　STATUS CONFERENCE RE:_____

X　TELEPHONIC CONFERENCE RE:　<u>settlement conference scheduling</u>

☐　OTHER:_____

CASE CONTINUED TO:_____ FOR_____

NOTES:

A telephonic scheduling conference was held. Settlement conferences will be set for February 7, 2008, at 9:30 a.m., and also February 25, 2008 (a date certain), at 2:00 p.m. (in the event the Court is in trial on February 7, and cannot go forward on that date).