IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MORRIS, et al., | No. C 07-02827 WHA |
| Plaintiff, | |
| v. | **CLERK'S NOTICE RESCHEDULING HEARING** |
| BMW OF NORTH AMERICA, | |
| Defendant. / | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

YOU ARE NOTIFIED THAT the Defendant's Motion to Dismiss previously set for November 1, 2007 at 8:00 a.m. has been rescheduled for **November 1, 2007 at 2:00 p.m.**, before the Honorable William Alsup.  Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated:   October 23, 2007                                    FOR THE COURT,

Richard W. Wieking, Clerk

By: *[signature]*
 Dawn Toland
 Courtroom Deputy to the
 Honorable William Alsup