UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: November 1, 2007

Case No.  C 07-02827 WHA

Title: KEVIN MORRIS  v.  BMW OF NO. AMERICA

Plaintiff Attorneys: Mark Anderson

Defense Attorneys: John Kardassakis

Deputy Clerk:  Dawn Toland

Court Reporter: Margo Gurule

**PROCEEDINGS**

1)   Dft's Motion to Dismiss - Taken Under Submission

2)

Continued to _ for Further Case Management Conference

Continued to __ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**