1  Mark F. Anderson (SBN 44787)
   Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
2  445 Bush Street, 6th Floor
   San Francisco, CA 94108
3  Telephone: 415.861.2265
4  Fax: 415.861.3151
   Email: mark@kabolaw.com
5
   (Additional Counsel Are Listed on the Signature Page)
6
7  Attorneys for Plaintiffs

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11 KEVIN MORRIS, GLENN R. SEMOW, &  ) Case No. C 07-02827 WHA
   CHAD COOK, on behalf of themselves &  )
12 all others similarly situated,         ) PLAINTIFFS' NOTICE THAT
                                          ) THEY DO NOT INTEND TO
13           Plaintiffs,                  ) SEEK LEAVE TO AMEND THE
                                          ) COMPLAINT AT THIS TIME
14 v.                                     )
                                          )
15 BMW of NORTH AMERICA, LLC,             )
16                                        )
             Defendant.                   )
17 _____)

18
19      On November 7, 2007, the Court ruled on defendant BMW of North America's Motion to
20 Dismiss the Amended Complaint. The Court granted the Motion in part and denied it in part and
21 provided Plaintiffs with the option and a deadline to seek leave to file a Second Amended
22 Complaint in light of the Court's decision.
23      Although Plaintiffs respectfully disagree with certain aspects of the Court's decision,
24 Plaintiffs hereby provide notice that they have elected not to seek leave to amend their First
25 Amended Complaint at this time in response to the Court's decision. Plaintiffs will promptly
26 notify both the Court and Defendant if they believe that any changes in legal precedent or the
27 discovery of any new facts make it necessary and appropriate to seek leave to amend the First
28 Amended Complaint in the future.

                                          1
                          Notice re Leave to Amend Complaint

| | |
|---|---|
| DATED:   November 16, 2007 | KEMNITZER, ANDERSON, BARRON, OGILVIE, & BREWER LLP |
| | By /s/ Mark F Anderson |
| | Mark F. Anderson |

James E. Miller
Karen M. Leser (SBN 231189)
SHEPHERD,  FINKELMAN, MILLER
  & SHAH, LLC
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (860) 526-1120

James C. Shah
Nathan C. Zipperian
SHEPHERD,  FINKELMAN, MILLER
  & SHAH, LLC
35 East State Street
Media, PA 19063
Telephone: (610) 891-9880
Facsimile: (610) 891-9883

**Attorneys for Plaintiffs**