LEWIS BRISBOIS BISGAARD & SMITH LLP
ROY M. BRISBOIS, SB# 53222
   E-Mail: brisbois@lbbslaw.com
JON P. KARDASSAKIS, SB# 90602
   E-Mail: kardassakis@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Defendant
BMW OF NORTH AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MORRIS and GLENN R. SEMOW, on behalf of Themselves and All Others, Simalarly Situated,<br><br>      Plaintiffs,<br>v.<br><br>BMW OF NORTH AMERICA, LLC<br><br>      Defendants. | CASE NO. CV 07-2827 WHA<br>Hon. William H. Alsup<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT BMW OF NORTH AMERICA, LLC TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Action Filed: May 31, 2007 |

      WHEREAS, Defendant BMW OF NORTH AMERICA, LLC ("BMW") filed a Rule 12 Motion to Dismiss; and

      WHEREAS, on November 7, 2007 this court granted in part and denied in part the Motion to Dismiss; and

      WHEREAS, the November 7, 2007 Order granted Plaintiffs KEVIN MORRIS and GLENN R. SEMOW, ("Plaintiffs") up to and including November 20, 2007 in which to file an Amended Complaint; and

4838-6828-3394.1    1
**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT BMW OF NORTH AMERICA, LLC TO RESPOND TO PLAINTIFFS' COMPLAINT**

1  WHEREAS, on or about November 16, 2007 Plaintiffs notified counsel for
2  Defendant that Plaintiffs did not intend to amend the Complaint; and
3  WHEREAS, an answer to the Complaint on behalf of BMW of North
4  America, LLC is now due on November 26, 2007; and
5  WHEREAS, difficulties have been encountered by Defendant by virtue of the
6  Thanksgiving holidays to file the Answer by November 26, 2007;
7  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the
8  parties through their counsel of record that BMW of North America, LLC shall have
9  up to and including November 30, 2007 in which to file its Answer to the
10 Complaint.

DATED: November 2, 2007    LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Roy M. Brisbois
Jon P. Kardassakis
Attorneys for Defendant
BMW OF NORTH AMERICA, LLC

DATED: November 20, 2007    KEMNITZER, ANDERSON, BARRON & OGILVIE, LLP

By _____
Mark F. Anderson
Attorneys for Plaintiffs
KEVIN MORRIS and
GLENN R. SEMOW

4838-6828-3394.1                                2
**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT BMW OF NORTH AMERICA, LLC TO RESPOND TO PLAINTIFFS' COMPLAINT; ORDER**