# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

CASE NO.: C-07-02827 WHA (JCS)  TIME: 1 h

CASE NAME: *Kevin Morris, et al. v. BMW of No. America, LLC*

MAGISTRATE JUDGE JOSEPH C. SPERO  CLERK: Mary A. Macudzinski-Gomez

DATE: 2/7/2008  COURT REPORTER: not reported

COUNSEL FOR PLAINTIFF(S):  COUNSEL FOR DEFENDANT(S):

Mark F. Anderson  Roy M. Brisbois
James E. Miller
James C. Shah

## PROCEEDINGS

**X**  SETTLEMENT CONFERENCE
☐  FURTHER SETTLEMENT CONFERENCE
☐  DISCOVERY CONFERENCE
☐  STATUS CONFERENCE RE:
☐  TELEPHONIC SCHEDULING CONFERENCE RE:
☐  OTHER:

CASE CONTINUED TO:  FOR

NOTES:

A Settlement Conference was held; the case did not settle. A Further Settlement Conference will take place on May 1, 2008, at 9:30 a.m., after the class certification issue is decided. The Settlement Conference previously scheduled for February 25, 2008, at 9:30 a.m., is VACATED.