UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MORRIS, ET AL., | No. C-07-02827 WHA (JCS) |
| Plaintiff(s), | |
| v. | **ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |
| BMW OF NORTH AMERICA, LLC, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference has been scheduled for **May 1, 2008, at 9:30 a.m.** The previously scheduled Settlement Conference set for February 25, 2008, at 2:00 p.m., has been VACATED.

Lead trial counsel and the parties shall report to Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Each party shall prepare an updated Settlement Conference Statement, which must be LODGED with the undersigned's Chambers (NOT electronically filed) **no later than April 24, 2008**. Please 3-hole punch the document at the left side.

Counsel shall notify the undersigned's Chambers at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference. All other provisions of the October 9, 2007 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

IT IS SO ORDERED.

Dated: February 11, 2008

JOSEPH C. SPERO
United States Magistrate Judge