KEMNITZER, ANDERSON, BARRON, OGILVIE & BREWER, LLP
Mark F. Anderson (SBN 44787)
445 Bush Street, 6th Floor
San Francisco, CA 94108
Telephone: (415) 861-2265
Facsimile: (415) 861-3151

**Attorneys for Plaintiffs**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MORRIS, GLENN R. SEMOW and CHAD J. COOK, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC<br><br>Defendant. | CIVIL ACTION NO. 07-CV-02827 (WHA)<br><br><u>CLASS ACTION</u> |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE
### PURSUANT TO RULE 41(a)(1)

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs and Defendant hereby stipulate to the dismissal of the captioned action, without prejudice.

Dated: February 12, 2008

| LEWIS BRISBOIS BISGAARD<br>   & SMITH, LLP | KEMNITZER, ANDERSON, BARRON,<br>   OGILVIE & BREWER, LLP |
|---|---|
| By:  /s/   Roy M. Brisbois<br>    Roy M. Brisbois (SBN 53222 )<br>    221 North Figueroa Street, Suite 1200<br>    Los Angeles, CA 90012<br>    Telephone: (213) 250-1800<br>    Facsimile: (213) 250-7900<br><br>    Attorneys for Defendant | By:  /s/   Mark F. Anderson<br>    Mark F. Anderson (SBN 44787)<br>    445 Bush Street, 6th Floor<br>    San Francisco, CA 94108<br>    Telephone: (415) 861-2265<br>    Facsimile: (415) 861-3151<br><br>    Attorneys for Plaintiffs |

*Kevin Morris, et al. v. BMW of North America, LLC*     STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)