United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN MORRIS, ET AL.,     No. C-07-02827 WHA (JCS)

     Plaintiff(s),

  v.     **CLERK'S NOTICE VACATING FURTHER SETTLEMENT CONFERENCE**

BMW OF NORTH AMERICA, LLC,

     Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    As the parties have filed a Stipulation of Dismissal [Docket No. 43], the Further Settlement Conference previously scheduled for **May 1, 2008, at 9:30 a.m.**, before the Honorable Joseph C. Spero has been VACATED.

Dated: April 15, 2008           RICHARD W. WIEKING, CLERK

                                     By: /s/ Mary A. Macudzinski-Gomez
                                            Deputy Clerk